BANNING MICKLOW BULL & LOPEZ LLP
Edward M. Bull, III, State Bar No. 141966
Eugene A. Brodsky, State Bar No. 36691
Jennifer L. Fiore, State Bar No. 203618
One Market, Steuart Tower, Suite 1440
San Francisco, California 94105
Telephone:   (415) 399-9191
Facsimile:    (415) 399-9192

Attorneys for Plaintiff
JOSEPH F. ARISPE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH F. ARISPE,<br><br>   Plaintiff,<br><br>vs.<br><br>TOM TIMMER and ANN TIMMER, *in personam,* and F/V DONITA and F/V BOUNTIFUL, their engines, tackle, apparel, furniture, etc., *in rem,*<br><br>   Defendants. | CASE NO. C 03 4269 CRB (ARB)<br><br>**STIPULATION AND PROPOSED ORDER RE FILING FIRST AMENDED COMPLAINT** |

The parties hereto, by and through their attorneys of record herein, hereby stipulate to allow Plaintiff Joseph Arispe to file the attached First Amended Complaint.

IT IS SO STIPULATED.

DATED: June 20, 2005         BANNING MICKLOW BULL & LOPEZ LLP


                 By:   /s/ Edward M. Bull, III

                   EDWARD M. BULL III
                   EUGENE A. BRODSKY

                  Attorneys for Plaintiff
                  Joseph F. Arispe

DATED: June 20, 2005                COX, WOOTTON, GRIFFIN,
                                    HANSEN & POULOS, LLP


                                    By:   /s/ Terence S. Cox
                                          Terence S. Cox

                                    Attorneys for Defendants
                                    Tom and Ann Timmer


**CERTIFICATE OF SIGNATURE(S)**

I attest that the content of the document is acceptable to all persons above, who were required to sign the document.   /S/ Jennifer L. Fiore


**ORDER**

Pursuant to the stipulation of the parties IT IS HEREBY ORDERED that the Plaintiff Joseph Arispe may file the attached First Amended Complaint and the clerk is hereby directed to file said First Amended Complaint forthwith.

IT IS SO ORDERED.


DATED: June 23, 2005
                                    _____
                                    CHARLES R. BREYER
                                    UNITED STATES DISTRICT JUDGE

[APPROVED stamp: Charles R. Breyer, United States District Court, Northern District of California]

---
2
STIPULATION AND ORDER Re FILING FIRST AMENDED COMPLAINT   [CASE NO. C 03 4269 CRB (ARB)]