COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Terence S. Cox (SBN 076142)
Marc T. Cefalu (SBN 203325)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Defendants
TOM TIMMER and ANN TIMMER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH F. ARISPE,<br><br>       Plaintiff,<br><br>v.<br><br>TOM TIMMER and ANN TIMMER, *in personam*,<br><br>       Defendants. | Case No.: C 03 4269 CRB ARB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER SETTLEMENT CONFERENCE |

The parties to this case, through their respective counsel hereby stipulate that the Further Settlement Conference set for Monday August 1, 2005 at 9:30 a.m. be continued to September 27, 2005 at 9:30 a.m. with further settlement conference briefs being due September 20, 2005.

Dated: July 22, 2005

BANNING, MICKLOW, BULL & LOPEZ
Attorneys for Plaintiff
JOSEPH F. ARISPE

By _____
    Edward M. Bull, III

Dated: July 22, 2005

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Defendants
TOM TIMMER and ANN TIMMER

By _____
    Terence S. Cox

-1-

STIPULATION AND [PROPOSED] ORDER VACATING SETTLEMENT CONFERENCE

Case No. C 03 4269 CRB ARB

## ORDER

This court orders that the above referenced Further Settlement Conference is continued to September 27, 2005 at 9:30 a.m.

Dated: July 25, 2005

_____
Magistrate Judge Edward M. Chen

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

G&M.Bountiful

-2-                                                                       Case No. C 03 4269 CRB ARB
STIPULATION AND [PROPOSED] ORDER VACATING SETTLEMENT CONFERENCE