1  **COX, WOOTTON, GRIFFIN,**
   **HANSEN & POULOS, LLP**
2  Terence S. Cox (SBN 076142)
   Marc T. Cefalu (SBN 203324)
3  190 The Embarcadero
   San Francisco, CA 94105
4  Telephone No.: 415-438-4600
   Facsimile No.: 415-438-4601
5
   Attorneys for Defendants
6  TOM TIMMER, ANN TIMMER,
   the *F/V BOUNTIFUL* and the *F/V DONITA*
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  JOSEPH F. ARISPE, | Case No.: C 03 4269 CRB ARB |
| 12          Plaintiff, | **STIPULATION AND [PROPOSED] ORDER AUTHORIZING DEFENSE COUNSEL TO BRING AUDIO TAPE BROADCASTING EQUIPMENT INTO COURT FOR TRIAL** |
| 13     v. | |
| 14  TOM TIMMER and ANN TIMMER, *in personam*, et. al. | |
| 15 | |
| 16          Defendants. | |

17  IT IS HEREBY STIPULATED by and between the parties to this action, through

18  their respective counsel, that counsel for the defendants be authorized to bring audio tape

19  broadcasting equipment into this courthouse for the trial in this case between the dates of

20  October 31, 2005 through November 7, 2005 to facilitate their presenting evidence to the

21  jury. The parties therefore request pursuant to Local Rule 7-11 that the Court grant

22  administrative relief for the authority to bring audio tape broadcasting equipment into court

23  for trial. Particularly audio broadcasting equipment will be used to play portions of the

24  plaintiff's recorded statement which was obtained in March 2003.

25  Dated: October 30, 2005            BANNING, MICKLOW, BULL & LOPEZ
                                       Attorneys for Plaintiff
26                                     JOSEPH F. ARISPE

27                                     By /s/ *For Ed Bull by written authority*
                                           Edward M. Bull, III
28

-1-                                    Case No. C 03 4269 CRB ARB

[PROPOSED] ORDER AUTHORIZING DEFENSE COUNSEL TO BRING AUDIO TAPE BROADCASTING . . .

Dated: October 30, 2005

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Defendants
TOM TIMMER and ANN TIMMER

By _____*Terence S. Cox*_____
Terence S. Cox

This Court is satisfied that good cause has been shown and HEREBY ORDERS AND AUTHORIZES counsel for the defendants [Terence S. Cox and Marc T. Cefalu] to be allowed by the U.S. Marshals and any other authorities to bring into this courthouse and in this courtroom audio tape broadcasting equipment for them to use in presenting evidence to the jury.

DATED: October 31, 2005

*APPROVED*
*Judge Charles R. Breyer*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

G&M.Bountiful