```
 1  BANNING MICKLOW BULL & LOPEZ LLP
    Edward M. Bull, III, State Bar No. 141966
 2  Eugene A. Brodsky, State Bar No. 36691
    Jennifer L. Fiore, State Bar No. 203618
 3  One Market, Steuart Tower, Suite 1440
    San Francisco, California 94105
 4  Telephone:   (415) 399-9191
    Facsimile:   (415) 399-9192
 5
    Attorneys for Plaintiff
 6  JOSEPH F. ARISPE

 7
                    UNITED STATES DISTRICT COURT
 8
                   NORTHERN DISTRICT OF CALIFORNIA
 9
```

| | |
|---|---|
| JOSEPH F. ARISPE, | CASE NO. C 03 4269 CRB (ARB) |
| Plaintiff, | **ORDER FOR ISSUANCE OF WARRANT OF MARITIME ARREST OF F/V BOUNTIFUL PURSUANT TO SUPPLEMENTAL ADMIRALTY RULE C(3)** |
| vs. | |
| TOM TIMMER and ANN TIMMER, *in personam*, and F/V DONITA and F/V BOUNTIFUL, their engines, tackle, apparel, furniture, etc., *in rem*, | |
| Defendants. | |

Upon review of the Plaintiff's verified First Amended Complaint and the supporting papers for issuance of warrants of maritime arrest, and the Court finding that the conditions for an action *in rem* under Supplemental Admiralty Rule C appear to exist, it is hereby

ORDERED that the Clerk shall issue a warrant of maritime arrest of the F/V BOUNTIFUL (OFFICIAL NO. 554887) as prayed for in the Complaint; and it is further

ORDERED that any person claiming an interest in the property arrested pursuant to said order shall, upon application to the Court, be entitled to a prompt hearing at which the plaintiff shall be required to show why the arrest should not be vacated or other relief granted; and it is further

ORDERED that a copy of this Order be attached to and served with the said warrant of maritime arrest.

1  IT IS SO ORDERED.

2

3  Dated this_____ day of October, 2005.

4

5  _____
   HON. CHARLES R. BREYER
6  UNITED STATES DISTRICT JUDGE

7  *Arrest Warrant not to be served*
8  *prior to November 7, 2005   CRB*
9

10

11 PRESENTED BY

12 Banning Micklow Bull & Lopez LLP

13

14 /s/ Edward M. Bull III
   Edward M. Bull, III
   Eugene A. Brodsky
15 Jennifer L. Fiore

16 Attorneys for Plaintiff
   JOSEPH F. ARISPE
17

18

19

20

21

22

23

24

25

26

27

28

2

ORDER OF ARREST - F/V BOUNTIFUL                    [Case No. C 03 4269 CRB (ARB)]