BANNING MICKLOW BULL & LOPEZ LLP
Edward M. Bull, III, State Bar No. 141966
Eugene A. Brodsky, State Bar No. 36691
Jennifer L. Fiore, State Bar No. 203618
One Market, Steuart Tower, Suite 1440
San Francisco, California 94105
Telephone:   (415) 399-9191
Facsimile:    (415) 399-9192

Attorneys for Plaintiff
JOSEPH F. ARISPE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH F. ARISPE,<br><br>Plaintiff,<br><br>vs.<br><br>TOM TIMMER and ANN TIMMER, *in personam*, and F/V DONITA and F/V BOUNTIFUL, their engines, tackle, apparel, furniture, etc., *in rem*,<br><br>Defendants. | CASE NO. C 03 4269 CRB (ARB)<br><br>**ORDER FOR ISSUANCE OF WARRANT OF MARITIME ARREST OF F/V BOUNTIFUL PURSUANT TO SUPPLEMENTAL ADMIRALTY RULE C(3)** |

Upon review of the Plaintiff's verified First Amended Complaint and the supporting papers for issuance of warrants of maritime arrest, and the Court finding that the conditions for an action *in rem* under Supplemental Admiralty Rule C appear to exist, it is hereby

ORDERED that the Clerk shall issue a warrant of maritime arrest of the F/V BOUNTIFUL (OFFICIAL NO. 554887) as prayed for in the Complaint; and it is further

ORDERED that any person claiming an interest in the property arrested pursuant to said order shall, upon application to the Court, be entitled to a prompt hearing at which the plaintiff shall be required to show why the arrest should not be vacated or other relief granted; and it is further

ORDERED that a copy of this Order be attached to and served with the said warrant of maritime arrest.

ORDER OF ARREST - F/V BOUNTIFUL

1  IT IS SO ORDERED.

2

3  Dated this 25th day of October, 2005.

4

5                                                HON. CHARLES R. BREYER
                                                 UNITED STATES DISTRICT JUDGE
6

7  *Arrest Warrant not to be issued*

8  *prior to November 7, 2005  CRB*

9

10

PRESENTED BY

11
Banning Micklow Bull & Lopez LLP
12

13
   /s/ Edward M. Bull III
14  Edward M. Bull, III
    Eugene A. Brodsky
15  Jennifer L. Fiore

16  Attorneys for Plaintiff
    JOSEPH F. ARISPE
17

[Case No. C 03 4269 CRB (ARB)]