BANNING MICKLOW BULL & LOPEZ LLP
Edward M. Bull, III, State Bar No. 141966
Eugene A. Brodsky, State Bar No. 36691
Jennifer L. Fiore, State Bar No. 203618
One Market, Steuart Tower, Suite 1440
San Francisco, California 94105
Telephone:    (415) 399-9191
Facsimile:     (415) 399-9192

Attorneys for Plaintiff
JOSEPH F. ARISPE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH F. ARISPE,<br><br>    Plaintiff,<br><br>vs.<br><br>TOM TIMMER and ANN TIMMER, *in personam,* and F/V DONITA and F/V BOUNTIFUL, their engines, tackle, apparel, furniture, etc., *in rem,*<br><br>    Defendants. | CASE NO.  C 03 4269 CRB (ARB)<br><br>**STIPULATION AND ORDER ALLOWING PLAINTIFF'S COUNSEL TO BRING PROJECTOR SCREEN INTO COURT FOR TRIAL** |

IT IS HEREBY BY STIPULATED by and between the parties in this action, through their respective counsel, that Plaintiff's counsel shall be allowed to bring a projector screen and other necessary equipment to use the screen into Court for trial of this matter as of November 15, 2005 and continuing until trial is concluded, to facilitate the presentation of evidence to the jury.

The parties therefore request pursuant to Local Rule 7-11 that the Court grant administrative relief for the authority to bring a projector screen and necessary equipment into Court for trial. Particularly, the projector screen will be used during Plaintiff's closing argument.

///

///

///

1

IT IS SO STIPULATED.

DATED:  November 15, 2005    BANNING MICKLOW BULL & LOPEZ, LLP


By:    /s/ Edward M. Bull, III
EDWARD M. BULL, III
Attorneys for Plaintiff

DATED:  November 15, 2005    COX WOOTTON GRIFFIN HANSEN & POULOS


By:    /s/ Terrence S. Cox
TERENCE S. COX
Attorneys for Defendants

**ORDER**

The Court has been satisfied that good cause has been shown and hereby ORDERS AND AUTHORIZES counsel for Plaintiff to be allowed by the U.S. Marshal and any other authorities to bring a projector screen and necessary equipment to use the screen into this courthouse and courtroom for him to use in presenting closing argument to the jury.

DATED:  November 15, 2005

THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

[APPROVED — Judge Charles R. Breyer, United States District Court, Northern District of California seal]