IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH F. ARISPE,                      No. C 03-04269 CRB

    Plaintiff,                       **VERDICT FORM**

    v.

TOM TIMMER,

    Defendant.
_____/

We, the jury in the above-entitled case, find the following:

**JONES ACT–NEGLIGENCE CLAIM**

1. Were the defendants negligent?

   Answer "Yes" or "No."

   Answer:    YES_____  NO_____

   *If you answered yes, please answer question nos. 2 and 3, otherwise skip to question no. 4.*

2. Did the defendants' negligence cause plaintiff's shoulder injury?

   Answer "Yes" or "No."

   Answer:    YES_____  NO_____

3. Did defendants' negligence cause plaintiff's back injury?

   Answer "Yes" or "No."

   Answer:      YES_____    NO_____

### UNSEAWORTHINESS CLAIM–BOUNTIFUL

4. Was the vessel Bountiful unseaworthy?

   Answer "Yes" or "No."

   Answer:      YES_____    NO_____

   *If you answered yes, please answer question nos. 5 and 6, otherwise skip to question no. 7.*

5. Was the unseaworthiness of the Bountiful a substantial factor in causing plaintiff's shoulder injury?

   Answer "Yes" or "No."

   Answer:      YES_____    NO_____

6. Was the unseaworthiness of the Bountiful a substantial factor in causing plaintiff's back injury?

   Answer "Yes" or "No."

   Answer:      YES_____    NO_____

### UNSEAWORTHINESS CLAIM–DONITA

7. Was the Donita unseaworthy?

   Answer "Yes" or "No."

   Answer:      YES_____    NO_____

   *If you answered yes, please answer question nos. 8 and 9, otherwise skip to question no. 10.*

2

8. Was the unseaworthiness of the Donita a substantial factor in causing plaintiff's shoulder injury?

   Answer "Yes" or "No."

   Answer:     YES_____     NO_____

9. Was the unseaworthiness of the Donita a substantial factor in causing plaintiff's back injury?

   Answer "Yes" or "No."

   Answer:     YES_____     NO_____

## NEGLIGENCE/UNSEAWORTHINESS DAMAGES

*If you answered yes to question nos. 2,3,5,6, 8, or 9 please answer questions nos. 10 and 11.*

10. Without taking into consideration any reduction of damages due to plaintiff's negligence, what do you find to be the total amount of damages, if any, suffered by plaintiff as a result of his shoulder injury and/or back injury?

    Answer:

    (a)   Past loss of income:          _____
    (b)   Future loss of income:        _____
    (c)   Pain and suffering:           _____
    (d)   Future medical expenses:      _____
    (e)   Household services:           _____

3

11. If you awarded damages for plaintiff's shoulder injury *and* back injury, do you find that those damages can be allocated between the shoulder injury and back injury, and, if so, how are they allocated?

Answer "Yes" or "No."

Answer:     YES_____     NO_____

*If you answered yes, please allocate the damages where appropriate on the following lines. The total for each line (shoulder plus back) should equal the total for each line in your answer to question no. 10. If you do not find that the damages can be allocated for a particular line item, please leave that line item blank.*

|     |                         | Shoulder Injury | Back Injury |
| --- | ----------------------- | --------------- | ----------- |
| (a) | Past loss of income:    | _____    | _____ |
| (b) | Future loss of income:  | _____    | _____ |
| (c) | Pain and suffering:     | _____    | _____ |
| (d) | Future medical expenses:| _____    | _____ |
| (e) | Household services:     | _____    | _____ |

**NEGLIGENCE/UNSEAWORTHINESS
COMPARABLE NEGLIGENCE**

*If you awarded a damages amount in question no. 10, please answer the following question:*

12. Was the plaintiff negligent?

Answer "Yes" or "No."

Answer:     YES_____     NO_____

*If you answered yes, please answer question nos. 13 and 15 (and 14 and 16 where appropriate), otherwise skip to question no. 17.*

4

13. Did plaintiff's negligence cause his shoulder injury?

    Answer "Yes" or "No."

    Answer:     YES_____   NO_____

*If you answered yes, please answer question nos. 14 and 15, otherwise skip to question no. 15.*

14. Assuming that 100% represents the total amount of harm suffered by plaintiff as a result of his shoulder injury, what percentage of plaintiff's harm was due to his own negligence and what percentage is attributable to either defendants' negligence or the unseaworthiness of the vessels?

    Answer:

        Defendants/vessels       _____ %
        Plaintiff                _____ %
                [Total must equal 100%]

15. Did plaintiff's negligence cause his back injury?

    Answer "Yes" or "No."

    Answer:     YES_____   NO_____

*If you answered yes, please answer question no. 16, otherwise skip to question no. 17.*

16. Assuming that 100% represents the total amount of harm suffered by plaintiff as a result of his back injury, what percentage of plaintiff's harm was due to his own negligence and what percentage is attributable to either defendants' negligence or the unseaworthiness of the vessels?

    Answer:

        Defendants/vessels       _____ %
        Plaintiff                _____ %
                [Total must equal 100%]

5

## MAINTENANCE AND CURE CLAIM

17. Did the defendants fail to provide plaintiff with maintenance to which he was entitled?

    Answer "Yes" or "No."

    Answer:    YES_____    NO_____

    *If you answered yes, please answer question nos. 18 and 19, otherwise skip to question no. 20.*

18. What is the amount of money that will compensate plaintiff for the amount of maintenance that you find he is entitled to recover?

    Answer:    _____.

19. Was the defendants' failure to provide maintenance willful or arbitrary?

    Answer "Yes" or "No."

    Answer:    YES_____    NO_____

20. Did the defendants fail to provide plaintiff with the "cure" to which he was entitled in a timely fashion?

    Answer "Yes" or "No."

    Answer:    YES_____    NO_____

    *If you answered yes, please answer question no. 21, otherwise skip to question no. 22.*

21. Was the defendants' failure to provide cure in a timely fashion willful or arbitrary?

    Answer "Yes" or "No."

    Answer:    YES_____    NO_____

**STATUTE OF LIMITATIONS**

22. Did the plaintiff know, or by the exercise of reasonable diligence should he have known, prior to September 17, 2000, that he had suffered the shoulder injury for which he claims damages in this lawsuit?

    Answer "Yes" or "No."

    Answer:     YES_____     NO_____

23. Did the plaintiff know, or by the exercise of reasonable diligence should he have known, prior to September 17, 2000, that he had suffered the back injury for which he claims damages in this lawsuit?

    Answer "Yes" or "No."

    Answer:     YES_____     NO_____

Dated:_____          _____
                                   Jury Foreperson