```
COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Terence S. Cox (SBN 076142)
Marc T. Cefalu (SBN 203324)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Defendants
TOM TIMMER, ANN TIMMER,
the F/V BOUNTIFUL and the F/V DONITA
```

**FILED**

NOV 17 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH F. ARISPE,<br><br>    Plaintiff,<br><br>v.<br><br>TOM TIMMER and ANN TIMMER, *in personam*, et. al.<br><br>    Defendants. | Case No.: C 03 4269 CRB ARB<br><br>**STIPULATION AND [PROPOSED] ORDER AUTHORIZING ENTRY ABOARD THE *F/V DONITA* DURING ITS DETENTION TO PROVIDE NECESSARY MAINTENANCE** |

    IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel, that ***good cause*** exists to allow certain members of the crew of the *F/V Donita* and maintenance workers to enter upon the vessel to conduct and complete necessary repairs to the vessel, while it is under the detention of the United States Marshal service and/or substitute custodian, prior to the opening of the dungeness crab season on December 1, 2005 in the Crescent City area.

    The parties agree that the following individuals may be allowed access to the vessel to conduct and complete the ongoing necessary repairs:

1. Ron Story, Captain;
2. Lyle Wise, crewmember;
3. Jeremy Green, crewmember;
4. Jesse Campos, crewmember;

5. Lennis Storie, electrician; and,

6. Dave Dougherty, welder.

It is further agreed that these individuals may access the vessel beginning November 16, 2005 and continuing through December 1, 2005, by reason of this stipulation and proposed order. If for any reason the issues regarding the detention of the *F/V Donita* are not resolved by December 1, 2005, the parties may request additional leave of court for additional relief.

Dated: November 17, 2005

BANNING, MICKLOW, BULL & LOPEZ
Attorneys for Plaintiff
JOSEPH F. ARISPE

By _____
Edward M. Bull, III

Dated: November 16, 2005

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Defendants
TOM TIMMER, ANN TIMMER, the *F/V BOUNTIFUL* and the *F/V DONITA*

By _____
Terence S. Cox

## ORDER

Good cause appearing it is ordered that the following individuals be allowed to access the *F/V Donita* to complete necessary repairs to the vessel prior to the opening of the dungeness crab season on December 1, 2005 in the Crescent City area:

7. Ron Story, Captain;

8. Lyle Wise, crewmember;

9. Jeremy Green, crewmember;

10. Jesse Campos, crewmember;

-2-    Case No. C 03 4269 CRB ARB
STIPULATION AND [PROPOSED] ORDER AUTHORIZING ENTRY ABOARD THE *F/V DONITA* DURING ITS DETENTION

1   11.   Lennis Storie, electrician; and,

2   12.   Dave Dougherty, welder.

Dated: November 17, 2005        By _____
                                The Honorable Charles R. Breyer
                                United States District Judge

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO,
CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

G&M.Bountiful

-3-                                    Case No. C 03 4269 CRB ARB
STIPULATION AND [PROPOSED] ORDER AUTHORIZING ENTRY ABOARD THE *F/V DONITA* DURING ITS DETENTION