IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH ARISPE,                                                  No. C-03-4269 CRB

        Plaintiff,                                                    **ORDER**

-v-

TOM TIMMER, et al.,

        Defendants.
_____/

    It is hereby ordered that the United States Marshal sequester the jury of twelve members in the above matter during their deliberations at the United States Courthouse in San Francisco and furnish them with refreshment and or meals at the expense of the United States. The deliberations will commence on November 16, 2005.

    The jury shall be sequestered commencing November 16, 2005 until conclusion of trial proceedings.

**IT IS SO ORDERED.**

Dated: November 18, 2005

                                                  CHARLES R. BREYER
                                                  UNITED STATES DISTRICT JUDGE