| | |
|---|---|
| 1 | COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP |
| 2 | Terence S. Cox (SBN 076142)<br>Marc T. Cefalu (SBN 203324) |
| 3 | 190 The Embarcadero<br>San Francisco, CA 94105 |
| 4 | Telephone No.: 415-438-4600<br>Facsimile No.: 415-438-4601 |
| 5 | |
| 6 | Attorneys for Defendants<br>TOM TIMMER, ANN TIMMER,<br>the *F/V BOUNTIFUL* and the *F/V DONITA* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JOSEPH F. ARISPE, | ) | Case No.: C 03 4269 CRB ARB |
| Plaintiff, | ) ) ) | [~~PROPOSED~~] **ORDER DIRECTING THE UNITED STATES MARSHAL SERVICE AND/OR SUBSTITUTE CUSTODIAN TO IMMEDIATELY RELEASE THE *F/V DONTIA* FROM DETENTION** |
| v. | ) | |
| TOM TIMMER and ANN TIMMER, *in personam*, et. al. | ) ) ) | |
| Defendants. | ) ) | |

A hearing having been held November 22, 2005, on shortened time, before the Honorable Charles R. Breyer and the issues having been briefed and argued, it **IS HEREBY ORDERED THAT:**

The United States Marshall Service and/or the Substitute Custodian currently in possession of the *F/V Donita* are hereby ordered to immediately release said vessel from their possession and turnover said vessel to Captain Ron Story, Mike McCutheon or Ann Timmer.

Date: November 22, 2005        By _____
                                The APPROVED
                                Judge Charles R. Breyer

Approved as to Form:

Date: November 22, 2005        By _____
                                Kurt Micklow, Attorney for Plaintiff

-1-

[PROPOSED] ORDER GRANTING THE RELEASE OF THE *F/V DONITA*                Case No. C 03 4269 CRB ARB