**COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP**
Terence S. Cox (SBN 076142)
Marc T. Cefalu (SBN 203324)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Defendants
TOM TIMMER, ANN TIMMER,
the *F/V BOUNTIFUL* and the *F/V DONITA*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH F. ARISPE,<br><br>    Plaintiff,<br><br>v.<br><br>TOM TIMMER and ANN TIMMER, *in personam*, et. al.<br><br>    Defendants. | Case No.: C 03 4269 CRB ARB<br><br>[PROPOSED] ORDER DIRECTING THE UNITED STATES MARSHAL SERVICE AND/OR SUBSTITUTE CUSTODIAN TO RELEASE THE *F/V BOUNTIFUL* FROM DETENTION UPON SUBMISSION OF ALTERNATE SECURITY IN THE AMOUNT OF A $100,000 BOND |

A hearing having been held November 22, 2005, on shortened time, before the Honorable Charles R. Breyer and the issues having been briefed and argued, it **IS HEREBY ORDERED THAT:**

The United States Marshal Service and/or the Substitute Custodian currently in possession of the *F/V Bountiful* are hereby ordered to release said vessel from their possession and turnover said vessel to Thomas Timmer upon proof of posting a bond in the amount of $100,000 as alternate security.

Date: November 22, 2005      By _____
                              The Honorable Charles R. Breyer

Approved as to Form:

Date: November 22, 2005      By _____
                              Kurt Mickelson, Attorney for Plaintiff

APPROVED
Judge Charles R. Breyer

-1-

[PROPOSED] ORDER GRANTING THE RELEASE OF THE *F/V BOUNTIFUL* UPON FILING OF BOND IN THE AMOUNT... Case No. C 03 4269 CRB ARB