COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Terence S. Cox (SBN 076142)
Marc T. Cefalu (SBN 203324)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Defendants
TOM TIMMER, ANN TIMMER,
the F/V BOUNTIFUL and the F/V DONITA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH F. ARISPE,<br><br>    Plaintiff,<br><br>v.<br><br>TOM TIMMER and ANN TIMMER, *in personam*, et. al.<br><br>    Defendants. | Case No.: C 03 4269 CRB ARB<br><br>STIPULATION AND [PROPOSED] ORDER FOR THE RELEASE FROM CUSTODY OF THE *F/V BOUNTIFUL* UPON PROOF OF DEPOSIT OF $100,000 WITHIN THE COURT'S REGISTRY |

### STIPULATION

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel, that:

(1) The United States Marshal Service and/or the Substitute Custodian currently in possession of the *F/V Bountiful* are hereby ordered to release said vessel from their possession and turnover said vessel to Thomas Timmer upon proof of deposit of One-hundred thousand dollars [$100,000.00] as alternate security within the Court's Registry and that said vessel will be released from answering for any further responsibility as a defendant in this lawsuit;

(2) Said funds are only to secure Mr. Arispe's lien for unpaid maintenance along with any attorneys' fees, costs and interest as may be awarded by the Court and the *custodia legis* expenses associated with the arrest of the F/V

1  *Bountiful.* Said funds shall not be held to answer for any other lien claims
2  that may exist against the *F/V Bountiful* or any other vessel owned wholly, or
3  in part, by the Timmers;

4  (3)  If Joseph Arispe shall negotiate a settlement with the Timmers or obtain a
5  final judgment or award against the *F/V Bountiful*, her engines, tackle,
6  furniture, apparel, etc., *in rem*, the Timmers, or their insurers, shall satisfy
7  that settlement or judgment or award together with interest and costs, if so
8  awarded, and if they fail to do so, the clerk of the Court may, upon written
9  order of the Honorable Charles R. Breyer, release funds to Mr. Arispe and/or
10 his attorneys from the Court's Registry sufficient to account for any lien
11 which may be found to exist against the *F/V Bountiful* as a result of unpaid
12 maintenance in the amount of $11,800 along with any award of attorneys'
13 fees, costs and interest as may be awarded by the Court.

14 (4)  Said funds shall remain within the Court's Registry until further Order of this
15 Court. In no event shall said funds be disbursed to any person or entity other
16 than the parties to this action, and then only upon written order.

Dated: December 1, 2005

BANNING, MICKLOW, BULL & LOPEZ
Attorneys for Plaintiff
JOSEPH E. ARISPE

By _____
Edward M. Bull, III

Dated: December 1, 2005

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Defendants

By _____
Terence S. Cox

**ORDER**

IT IS SO ORDERED

Dated: December 02, 2005

By _____
The Honorable
United States

*APPROVED*
*Judge Charles R. Breyer*

-2-
STIPULATION AND [PROPOSED] ORDER FOR THE RELEASE FROM CUSTODY OF THE F/V BOUNTIFUL UPON    Case No. C 03 4269 CRB ARB

TOTAL P.03