COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Terence S. Cox (SBN 076142)
Marc T. Cefalu (SBN 203324)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Defendants
TOM TIMMER, ANN TIMMER,
the F/V BOUNTIFUL and the F/V DONITA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH F. ARISPE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TOM TIMMER and ANN TIMMER, in personam, et. al.<br><br>　　　　Defendants. | Case No.: C 03 4269 CRB ARB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR THE RELEASE $100,000.00 FROM WITHIN THE COURT'S REGISTRY |

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel, that:

(1) On December 2, 2005, the Honorable Charles R. Breyer Ordered the release of the *F/V Bountiful* upon the defendants' proof of deposit of One-hundred thousand dollars [$100,000.00] as alternate security within the Court's Registry.

(2) On December 5, 2005, the defendants, through their counsel of record, deposited One-hundred thousand dollars [$100,000.00] within the Court's Registry to secure the release of the *F/V Bountiful*. A true and correct copy of the Official Check made payable to the Clerk, U.S. District Court, and the

-1-

Case No. C 03 4269 CRB ARB
STIPULATION AND [PROPOSED] ORDER FOR THE RELEASE OF ONE-HUNDRED THOUSAND DOLLARS ...

Receipt for Payment to the United States District Court are attached hereto as **EXHIBIT ONE**.

(3) The parties to this action have negotiated a settlement to this matter and therefore stipulate and request, as part of this settlement, that the Honorable Charles R. Breyer order the Clerk of the Court to release said funds in the amount of One-hundred thousand dollars [$100,000.00] by check made payable to "the Cox, Wootton, Griffin, Hansen & Poulos, LLP Client Trust Account." Said funds are to be used to partially fund the settlement in this matter. Said check to be released to Mr. Terence S. Cox or Mr. Marc T. Cefalu, counsel for the defendants, upon presentation of proper identification to the Clerk of the Court.

Dated: March 22, 2006    BANNING, MICKLOW, BULL & LOPEZ
Attorneys for Plaintiff
JOSEPH F. ARISPE

By    /S/

Edward M. Bull, III

Dated: March 22, 2006    COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
Attorneys for Defendants

By    /S/

Terence S. Cox

## ORDER

**PURSUANT TO STIPULATION IT IS HEREBY ORDERED** that the Clerk of the U.S. District Court for the Northern District of California release One-Hundred thousand dollars [$100,000.00] from the Court's Registry through a check made payable to "the Cox,

1  Wootton, Griffin, Hansen & Poulos, LLP Client Trust Account." Said funds are to be used
2  to partially fund the settlement in this matter. Said check to be released to Mr. Terence S.
3  Cox or Mr. Marc T. Cefalu, counsel for the defendants, upon presentation of proper
4  identification to the Clerk of the Court.

Dated: March 23, 2006           By _____
                                    The Honorable Charles R. Breyer
                                    United States District Judge

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
100 THE EMBARCADERO
SAN FRANCISCO,
CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

G&M.Bountiful

RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF
CALIFORNIA

SAN FRANCISCO, CA
3379801

RECEIVED FROM:
COX WOOTTON GRIFFIN HANSEN &
POULOS
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105

Case Number: 3:03CV04269-CRB-ARB

F/U/D/U:

Party ID:

Tender Type: CHECK
$6-CAX/04    $100,000.00

Registry Funds

Rearmison behalf of tom and ann timmer 148158817

Subtotal: $100,000.00

Receipt Total: $100,000.00

* Checks and drafts are accepted subject to collections and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

Date: 12/5/05
Clerk: [signature] as

---

## OFFICIAL CHECK

**citibank**
Citibank (West), FSB

148158817

16-2058
1220

SERVICE INSTRUCTIONS
PLEASE CONSULT A CITIBANK ASSOCIATE OR YOUR CLIENT MANUAL FOR A DESCRIPTION OF THE BANK'S POLICY CONCERNING PLACING A STOP PAYMENT REQUEST ON THIS INSTRUMENT AND THE FEE ASSOCIATED WITH THAT REQUEST.

FC# 00354 FA# 020       $0.00 DNL              12/05/05
009-04 Ck. Ser:#    148158817     ****100,000.00***

****ONE HUNDRED THOUSAND DOLLARS****

****CLERK, U.S. DISTRICT COURT****

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
CASE NO 03-4269, SECURITY DEPOSIT

Issued by Integrated Payment Systems Inc, Englewood, Colorado
Payable Through Citibank (rd), Los Angeles, CA
For Citibank, N.A., Buffalo, NY

NON-NEGOTIABLE

**TERMS**
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION. TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THE INSTRUMENT, CONTACT THE INSTITUTION FROM WHICH YOU RECEIVED THE INSTRUMENT.

FOR YOUR PROTECTION SAVE THIS COPY